**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **4:26MJ3076** |
| **Plaintiff,** | **3:25CR44** |
| **vs.** | |
| **CHRISTOPHER DANA JOHNSON** | **Magistrate Judge DeLuca** |
| **Defendant.** | |

### RULE 5 ORDER

An Indictment and Warrant (charging document) having been filed in the District of Nevada, charging the above-named defendant with (Count 1) 18:2252A(a)(2) and (b)(1) Receipt of Child Pornography; (Count 2) Possession of Child Pornography and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P. Rule 5. The defendant had an initial appearance here in accordance with Fed.R.Cr.P.5 and was informed of the provisions of Fed.R.Cr.P.20.

Additionally, defendant

☒ Waived an identity hearing and admitted that he/she was the person named in the aforementioned charging document.

☒ Waived his right to a preliminary examination.

☒ The government did move for detention.

☒ Was given a detention hearing in this district.

☒ Defendant has been released in accordance with the provisions of the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. The defendant is to appear before the district court of the prosecuting district at such times and places as may be ordered. All funds, if any, deposited on behalf of this defendant with the Clerk of Court pursuant to the Bail Reform Act, shall be transferred to the prosecuting district.

**IT IS SO ORDERED.**

DATED: June 10, 2026.

s/ Jacqueline M. DeLuca
U.S. Magistrate Judge